FILED

06/10/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0147

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0147

———————————

HUNTER SIMPKINS and PATRICK GUSTIN,

      Plaintiffs, Respondents and Appellees,

  v.                                           O R D E R

SHARON J. SPECK,

      Defendant, Petitioner, and Appellant.

———————————

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on June 9, 2021, this Court has determined that the brief does not comply with Rule 12 and must be supplemented as provided below.

Pursuant to M. R. App. P. 12(1)(i), appellants must attach an "appendix that includes the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court, and those pages of the transcript containing any oral ruling in support" to an opening brief. The appendix to the Appellant's opening brief did not contain the relevant documents. Accordingly, while the Court accepts filing of the opening brief, the Appellant shall file ten copies of an appendix including the relevant document(s) from which she appeals. Therefore,

IT IS ORDERED that the Appellant file ten copies of an appendix including the relevant documents from which his appeal is taken within ten (10) days of the date of this Order with the Clerk of this Court and that the Appellant serve copies of this appendix on all parties of record.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Ingrid Gustafson
Justice, Montana Supreme Court
June 10 2021